IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 15-cr-00061-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. DAVID A. WARMACK,

Defendant.

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT**

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material (Doc. # 15), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).  Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.  It is, therefore,

ORDERED that the Government's motion (Doc. # 15) is GRANTED, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to Defendant and his attorney in the course of discovery in this case.  It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant Warmack and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

2

DATED:  March __10__, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge